IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LESLIE D. FISHER,<br><br>　　　　　Defendant. | 8:03CR566<br><br>ORDER |

　　　　Pursuant to the Opinion of the Eighth Circuit Court of Appeals remanding this case to the district court for resentencing pursuant to *United States v. Booker,* 125 S. Ct. 738 (2005),

　　　　IT IS ORDERED:

　　　　1.　That resentencing of the defendant is scheduled before the undersigned on **June 29, 2006 at 1:00 p.m. ,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

　　　　**2. The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing if necessary.**

　　　　3.　Counsel for the defendant is reappointed to represent the defendant for this resentencing.

　　　　DATED this 28th day of April, 2006.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　United States District Judge